# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.   CASE NO. 5:16-CR-50041 | |
| JOHNATHAN SANSONETTI | DEFENDANT |

### ORDER

Now pending before the Court is the Report and Recommendation (Doc. 69) of Magistrate Judge Mark E. Ford, filed on February 13, 2019. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 69) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 (Doc. 60) is **DISMISSED WITH PREJUDICE**. Further, for the reasons set forth in the Report and Recommendation, the Court finds that no certificate of appealability should be issued in this case, and if a request for such is filed, it will be denied.

**IT IS SO ORDERED** on this 6th day of March, 2019.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE